UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LEONARD MACK,

                         Plaintiff,                        **SCHEDULING ORDER**

                -against-                          24 Civ. 8990 (KMK) (AEK)

WESTCHESTER COUNTY, TOWN OF
GREENBURGH, *et al.,*

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter has been referred to Magistrate Judge Andrew E. Krause for general pretrial supervision.  ECF No. 58.  A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Tuesday, October 28, 2025 at 11:00 a.m.**

      To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  July 25, 2025
           White Plains, New York

                                               **SO ORDERED.**

                                               _____
                                               ANDREW E. KRAUSE
                                               United States Magistrate Judge